UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERTUS HAGENDOORN<br>Plaintiff<br><br>v.<br><br>KX INDUSTRIES, L.P.<br>Defendant | : CIVIL ACTION NO:<br>: 3:02CV1655 (RNC)<br>:<br>:<br>:<br>: NOVEMBER 13, 2003<br>: |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff, Albertus Hagendoorn, by and through his counsel, Eugene N. Axelrod, Esq of the Employment Law Group, LLC, respectfully moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an Enlargement of Time from November 15, 2003 through and including thirty (30) days, up to and including December 15, 2003 to complete discovery. In support of this motion, counsel represents as follows:

1. The Rule 26(f) Report of Parties Planning Meeting was filed with the Court on October 21, 2002.

2. Counsel for the Plaintiff, Attorney Axelrod, spoke with Counsel for Defendant, Attorney Eric Sussman, concerning this matter on Thursday November 13, 2003 and while Defendant's signature does not appear on this motion, counsel for the Defendant consents to this enlargement.

3. The Parties have been engaged in good faith and intense settlement negotiations which has unavoidably resulted in the discovery process being elongated in furtherance of the settlement process.

4. The Plaintiff has sent renotices for deposition on Thursday December 11, 2003 Brian Gilbey and John Slavic in the event that the parties are unable to reach a settlement.

5. A prior request for an enlargement was granted due to both parties being unavoidably engaged with other cases.

WHEREFORE, the Plaintiff with Defendant's consent requests that this Court allow this motion for an extension of time up to and including December 15, 2003, within which to complete discovery.

Respectfully Submitted,

The Plaintiff,
Albertus Hagendoorn

By: _____
Eugene N. Axelrod, Esq. (ct 00309)
The Employment Law Group, LLC
8 Lunar Drive
Woodbridge CT 06525
Tel: (203) 389-6526
Fax: (203) 389-2656

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via facsimile and mailed first class mail, postage pre-paid to the following:

Eric Sussman, Esq.
Day, Barry & Howard, LLP
CityPlace I
Hartford CT 06103-3499

11/13/03
Date

_____
Eugene N. Axelrod