24

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALBERTUS HAGENDOORN<br>Plaintiff : | CIVIL ACTION NO:<br>3:02CV1655 (RNC) |
| v. : | |
| KX INDUSTRIES, L.P. :<br>Defendant : | NOVEMBER 13, 2003 |

## MOTION ON CONSENT FOR ENLARGEMENT OF TIME TO COMPLETE DISCOVERY

Plaintiff, Albertus Hagendoorn, by and through his counsel, Eugene N. Axelrod, Esq of the Employment Law Group, LLC, respectfully moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Rule 9(b) of the Local Rules of Civil Procedure, for an Enlargement of Time from November 15, 2003 through and including thirty (30) days, up to and including December 15, 2003 to complete discovery. In support of this motion, counsel represents as follows:

1. The Rule 26(f) Report of Parties Planning Meeting was filed with the Court on October 21, 2002.

2. Counsel for the Plaintiff, Attorney Axelrod, spoke with Counsel for Defendant, Attorney Eric Sussman, concerning this matter on Thursday November 13, 2003 and while Defendant's signature does not appear on this motion, counsel for the Defendant consents to this enlargement.

3. The Parties have been engaged in good faith and intense settlement negotiations which has unavoidably resulted in the discovery process being elongated in furtherance of the settlement process.

Granted. So ordered.
Robert N. Chatigny, U.S.D.J.
November 18, 2003.