**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| ALBERTUS HAGENDOORN, | : | CIVIL ACTION NO. |
| Plaintiff, | : | 3:02CV01655 (RNC) |
| | : | |
| V. | : | |
| | : | |
| KX INDUSTRIES, LP | : | |
| Defendant. | : | NOVEMBER 21, 2003 |

**STIPULATION AND NOTICE OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, the plaintiff in the above-referenced action, Albertus Hagendoorn, and the defendant, KX Industries, L.P., by and through their attorneys, hereby stipulate that this action shall be dismissed with prejudice and without either costs or attorneys' fees being assessed to any of the parties to this action.

**ORAL ARGUMENT IS NOT REQUESTED**

-2-

| THE PLAINTIFF, | THE DEFENDANT, |
| ALBERTUS HAGENDOORN | KX INDUSTRIES, L.P., |

By:_____    By _____
    Eugene N. Axelrod (ct00309)          Albert Zakarian (ct04201)
    The Employment Law Group, LLC      Eric L. Sussman (ct19723)
    8 Lunar Drive                         Day, Berry & Howard LLP
    Woodbridge, CT  06525              CityPlace I
    (203) 389-6526                       Hartford, Connecticut 06103-3499
    His Attorney                           (860) 275-0100
                                            Its Attorneys