UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Albertus Hagendoorn

V.                                Case Number:  3:02cv1655 RNC

KX Industries, LP


**Stipulation for Dismissal**   Doc. # **26**

**ORDERED ACCORDINGLY**



Dated at Hartford, Connecticut, December 4, 2003.


KEVIN F. ROWE, CLERK



By: ___/s/ JRB_____
    Jane R. Bauer
    Deputy Clerk